IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-550-D

| | |
|---|---|
| IMPLUS FOOTCARE, LLC,        )<br>      Plaintiff,        )<br>        )<br>      v.        )<br>        )<br>FANTABULOUS WORLD PRODUCTS,        )<br>d/b/a SHOP EZ 365,        )<br>      Defendant.        ) | **ENTRY OF DEFAULT** |

The record shows that Plaintiff effected service of process by publication pursuant to Federal Rule of Civil Procedure 4(e) and North Carolina Rule of Civil Procedure 4(j1) on Defendant Fantabulous World Products, d/b/a Shop EZ 365. Defendant has filed no answer or other responsive pleading within the time allowed. Accordingly, default is hereby entered against Defendant Fantabulous World Products, d/b/a Shop EZ 365 pursuant to Federal Rule of Civil Procedure 55(a).

SO ORDERED. This 3rd day of June, 2016.

_____
Julie Richards Johnston
Clerk of Court