IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IMPLUS FOOTCARE, LLC, )
)
Plaintiff, )
) Civil Action No. 5:15-cv-550-D
)
) DEFAULT JUDGMENT
v. )
)
FANTABULOUS WORLD )
PRODUCTS, d/b/a SHOP EZ 365 )
)
Defendant. )

## Default Judgment

It appearing that Defendant Fantabulous World Products, d/b/a Shop EZ 365 is in Default for failure to appear, plead, or otherwise defend as required by law; and that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

Default is hereby ORDERED as against said defendant on this __27__ day of __July__, 2016, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

It is further ORDERED that Defendant is permanently enjoined from selling or offering for sale the "EZ Roll."

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE